UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DAVID RIVERA**<br><br>Defendant | 24-cr-00570-EGS |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the Supervisory Official of the National Security Division, hereby informs the Court that National Security Division Trial Attorney Margot G. Benedict is entering her appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

SUE J. BAI
SUPERVISORY OFFICIAL
NATIONAL SECURITY DIVISION

By:   /s/ Margot G. Benedict
Margot G. Benedict
Trial Attorney
D.C. Bar No. 888273600
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Telephone: 202-514-3465
Margot.benedict2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

      /s/ Margot G. Benedict
      Margot G. Benedict
      Trial Attorney

Date: February 13, 2025